ALBANY,
January, 1816.

BRAMAN
v.
HESS.

### BRAMAN against HESS.

Where, on the endorsement of a note, the consideration passing between the endorsee and his endorser is not equal to the amount of the note, the endorsee, in an action against the endorser, can only recover the consideration which he has actually paid.

THIS was an action of *assumpsit* by the endorsee against the endorser of a promissory note; the cause was tried at the *Montgomery* circuit, in 1815, before Mr. J. *Yates*.

The note was for 343 dollars and 25 cents, and was drawn by one *Edward Williams*, jun., in favour of the defendant and *John Yerdan*, and by them endorsed to the plaintiff. The defendant offered to show, in mitigation of damages, that the transfer of the note, by the endorser to the endorsee, was made on a discount of 90 dollars; but the judge rejected the evidence, and a verdict was given for the plaintiff for the full amount of the note, with interest.

The defendant moved for a new trial, and the case was submitted without argument.

*Per Curiam.* The evidence offered on the part of the defendant ought to have been received, according to the principle which governed the case of *Wiffin* v. *Roberts*, (1 *Esp. Cas.* 261.,) and which was adopted and sanctioned by this court in *Brown* v. *Mott*, (7 *Johns. Rep.* 361.) This suit is by the endorsee against his immediate endorser. And in the case of *Livingston* v. *Hastie & Patrick*, (2 *Caines' Rep.* 248.,) it is explicitly laid down, that the payee will be allowed, against the drawer, and the endorsee against his immediate endorser, to show what was the real consideration passing between them. If this suit was by the endorsee against the maker of the note, it would not lie in his mouth to say the plaintiff purchased it at a discount; but as the defendant was the immediate endorser of the plaintiff, the proof offered that the note was purchased for 90 dollars, under the face of it, should have been admitted. A new trial must, therefore, be granted, unless the plaintiff will remit the 90 dollars, and the interest which has been recovered thereon.